UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------

TALIYAH TAYLOR,

        Petitioner,                      **ORDER TO SHOW CAUSE**
                                                                     14-CV-01402 (MKB)
        v.

SABINA KAPLAN,

        Respondent.

--------------------------------------------------

**MARGO K. BRODIE, U.S.D.J.**

        Upon the petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. 2254, dated **2/27/2014**, a copy of which is annexed, it is hereby ORDERED that:

        (1) petitioner is granted leave to proceed in forma pauperis;

        (2) the Attorney General of the State of New York or, the District Attorney of **RICHMOND** County, as attorney for respondent, show cause before this Court by the filing of a return to the petition, why a writ of habeas corpus should not be issued;

        (3) on or before **8/12/2014**, respondent shall serve and file his or her opposition papers and shall file the original with proof of service with the Clerk of this Court;

        (4) respondent shall submit the transcript of the trial to this Court at the time of filing the opposition papers via hard copies labeled courtesy copy and include a disc copy (where the file(s) within the disc shall not exceed 5 megabytes each, the attachments shall also not exceed 5 megabytes each), and also file the original transcript of the trial via ECF;

        (5) respondent shall in every case, without exception, submit copies of petitioner's and the District Attorney's briefs on appeal or in connection with proceedings pursuant to C.P.L. 440 at the time of filing the opposition papers;

        (6) reply papers, if any, shall be served and filed by the petitioner, within twenty (20) days of receipt of the respondent's opposition papers and shall file his reply, if any, with the Clerk of this Court; and

(7) service of a copy of this Order to Show Cause shall be made by the Clerk of this Court, together with a copy of the petition, to the Attorney General of the State of New York, 120 Broadway, New York, New York 10271, and the District Attorney of **RICHMOND** County, and by mailing a copy of this order to the petitioner.

SO ORDERED:

    **s/ MKB**
MARGO K. BRODIE,
United States District Judge

DATED:   Brooklyn, New York
            May 12, 2014